## W. W. CONOVER, PLAINTIFF IN ERROR, v. STAPLES AND LAFETRA, DEFENDANTS IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *W. L. Dayton* and *J. D. Bedle*.

For the defendant in error, *E. D. Gillmore*.

PER CURIAM.    The judgment of the Supreme Court is affirmed, for the reasons given by the court below.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DALRIMPLE, DIXON, REED, WOODHULL, CLEMENT, DODD, GREEN, LATHROP, LILLY, WALES—12.

*For reversal*—None.